1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ALICE HICKS, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 05-5137 FDB |
| ROGER KUULA et. al., | ORDER GRANTING MOTION FOR SERVICE WITHOUT PAYMENT |
| Defendant. | |

Plaintiff has been granted leave to proceed *in forma pauperis* (dkt. #2). This matter is before the Court upon Plaintiff's motion to proceed without payment of service fee under Fed. R. Civ. P. 4(c)(2) and 28 U.S.C.S. §1915(d). Plaintiff has failed to submit the appropriate copies of her complaint, Marshal's forms, and summonses. Plaintiff shall provide the required documentation by not later than May 7, 2005, otherwise, this matter may be dismissed as frivolous and for failure to prosecute. If Plaintiff provides the required documentation within the time limit, the clerk is directed to effect service as provided below. Request for service of the summons and complaint by a court officer is **GRANTED**.

ORDER - 1

1  ACCORDINGLY,

2      IT IS ORDERED:

3      (1.)    Plaintiff's request for service of the summons and complaint by a court officer (*dkt.*
4  *#7* ) is **GRANTED**;

5      (2.)    Plaintiff must provide to the Court a two copies of the complaint, a completed
6  Summons forms and a completed Marshal's form;

7      (3.)    The United States Marshal shall send the following to each named defendant by first
8  class mail: a copy of the Complaint, a copy of this Order, two copies of the Notice of
9  Lawsuit and Request for Waiver of Service of summons, a Waiver of service of
10 Summons, and a return envelope, postage prepaid, addressed to the Clerk's Office.
11 All costs of service shall be advanced by the United States.  The Clerk shall assemble
12 the necessary documents to effect service.

13     (4)    Defendants shall have **thirty (30) days** within which to return the enclosed Waiver of
14 Service of Summons.  Each defendant who timely returns the signed Waiver shall
15 have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and
16 serve an answer or a motion directed to the complaint, as permitted by Rule 12 of the
17 Federal Rules of Civil Procedure.

20 DATED this   8th    day of April, 2005.

                                          FRANKLIN D. BURGESS
                                          UNITED STATES DISTRICT JUDGE

26 ORDER - 2