1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ALICE HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER KUULA et. al.,<br><br>    Defendant. | Case No. 05-5137 FDB<br><br>ORDER STRIKING COURT DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORTS |
|---|---|

This matter is before the Court upon Plaintiff's motion to file separate initial disclosures and joint status reports as directed by this Court's March 23rd Order (dkt. #4).  The Court declines to answer the request at this time pending the completion of pending process of service of summons upon the Defendant.

ACCORDINGLY;

IT IS ORDERED:

(1) Plaintiff's request to file separate initial disclosures and joint status reports (dkt. #17) is CONTINUED pending completion of service of summons and complaint, and may be renoted, if necessary, by Plaintiff after resolution of the service of complaint and summons;

ORDER - 1

(2) Prior deadlines for Order Regarding Discovery and Depositions (dkt. #4) are VACATED and will be rescheduled, and

(3) The Clerk is instructed to send a copy of this Order to all parties and their counsel of record.

DATED this 7th day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2