UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALICE HICKS,

    Plaintiff,

    v.

ROGER KUULA and AMERICAN PROPERTY MANAGEMENT,

    Defendant.

Case No. C05-5137FDB

ORDER DENYING RECONSIDERATION

The Court earlier granted Defendants' Motion to Dismiss, there being no basis for this Court's subject matter jurisdiction. Plaintiff moves for reconsideration, but her arguments are irrelevant and do not persuade the Court to reconsider. ACCORDINGLY,

IT IS ORDERED: Plaintiff's Motion for Reconsideration [Dkt # 49] is DENIED.

DATED this 16th day of September, 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1