1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

ALICE HICKS,

11

Plaintiff,

12

v.

Case No. C05-5137FDB

ORDER

13

ROGER KUULA and AMERICAN
PROPERTY MANAGEMENT INC.,

14

15

Defendants.

16

Plaintiff has filed a Motion for Correction of a Clerical Error [Dkt. # 48] in that the name of

17

the apartment complex in which she resides is the Market Place Apartment, not the Mountain View

18

Apartments. The court duly takes note of Plaintiff's correction.  SO ORDERED.

19

DATED this 26th day of September, 2005.

20

21

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

ORDER - 1