UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALICE HICKS,

    Plaintiff,

v.

ROGER KUULA and AMERICAN PROPERTY MANAGEMENT INC.,

    Defendants.

Case No. C05-5137FDB

ORDER

    Plaintiff has filed a motion for correction in which she asks that this closed case be reinstated. Plaintiff's motion is DENIED and Plaintiff is ORDERED to filed no further documents in this case.

SO ORDERED.

    DATED this 7th day of October, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1